■ PETER GITZIS et al., Appellants, v DANIEL ISAKOV et al., Respondents. [52 NYS3d 659]—In an action to recover damages for defamation, the plaintiffs separately appeal from an order of the Supreme Court, Kings County (Baily-Schiffman, J.), dated December 3, 2015, which granted the defendants' unopposed motion pursuant to CPLR 3211 (a) (7) to dismiss the complaint.

Ordered that the appeals are dismissed, with one bill of costs payable by the appellants appearing separately and filing separate briefs.

The plaintiffs failed to submit opposition to the defendants' motion pursuant to CPLR 3211 (a) (7) to dismiss the complaint, and the Supreme Court granted the unopposed motion.

No appeal lies from an order or judgment entered upon the default of the appealing party (*see* CPLR 5511; *T. Mina Supply, Inc. v Clemente Bros. Contr. Corp.*, 139 AD3d 1038, 1038 [2016]; *Yuan v Kaplan*, 129 AD3d 714 [2015]; *Reynolds v Haiduk*, 120 AD3d 656, 656 [2014]). Since the order appealed from was entered upon the plaintiffs' failure to oppose the defendants' motion, the appeals must be dismissed (*see T. Mina Supply, Inc. v Clemente Bros. Contr. Corp.*, 139 AD3d at 1038; *Lillian H. Assoc., LLC v Halal*, 137 AD3d 873, 874 [2016]; *Yuan v Kaplan*, 129 AD3d at 714; *Reynolds v Haiduk*, 120 AD3d at 656; *HCA Equip. Fin., LLC v Mastrantone*, 118 AD3d 850 [2014]). Dillon, J.P., Austin, Hinds-Radix and Maltese, JJ., concur.